UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| NICOLE PURVIS, ) | | |
|     Plaintiff, ) | | |
| ) | | |
| v. ) | No. 2:15-CV-188 | |
| ) | | |
| CAVALRY SPV II, LLC, ) | | |
|     Defendant. ) | | |

MEMORANDUM OPINION AND ORDER

The defendant, Cavalry SPV II, LLC ("Cavalry"), filed a "Motion to Confirm Arbitration Award." [Doc. 22]. This Court previously granted the defendant's motion to compel arbitration and ordered that the plaintiff pursue her claim in arbitration. [Doc. 20]. The parties have completed the arbitration process. The Arbitrator denied the plaintiff's claims against the defendant and required the arbitration costs to be borne as incurred. The defendant submitted a copy of the Award of Arbitrator as an exhibit to their motion. [Doc. 22-2].

The defendant now asks this court to confirm the Award of Arbitrator and enter judgment in favor of the defendant. The defendant states in the motion that it has conferred with the plaintiff's counsel and plaintiff does not oppose this motion. The Federal Arbitration Act provides that:

> If the parties in their agreement have agreed that a judgment of the court shall be entered upon the award made pursuant to the arbitration, then at any time within one year after the award is made any party to the arbitration may apply to the court so specified for an order confirming the award, and thereupon the court must grant such an order unless the award is vacated, modified, or corrected as prescribed in sections 10 and 11 of this title.

9 U.S.C. § 9. A court must confirm the arbitrator's award unless it is vacated, modified, or corrected. *See Hall St. Assocs., LLC v. Mattell, Inc.*, 552 U.S. 576 (2008).

Therefore, it is hereby ORDERED that the defendant's motion to confirm the arbitration award, [Doc. 22], is GRANTED. In accordance with the Award of Arbitrator, filed as Doc. 22-2, the plaintiff's claims are DISMISSED WITH PREJUDICE.

ENTER:

s/J. RONNIE GREER  
UNITED STATES DISTRICT JUDGE